**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

16-mj-70024

United States of America,
Plaintiff,

vs.

Chris R. Carroll,
Defendant.

Report No.: W0974453
Department of Interior, Fish and Wildlife Services
Date: 11/22/2015
**Information**
Violation: 50 CFR 20.23 under the Migratory Bird Treaty Act 16 USC 703

The United States Attorney charges that:

COUNT I

On or about November 22, 2015, at Marias Des Cygnes National Wildlife Refuge, in the District of Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

CHRIS R. CARROLL,

did, take after legal shooting hours, 30+ minutes, waterfowl, to wit: ringneck ducks, in violation of 50 CFR 20.23 under the Migratory Bird Treaty Act 16 USC 703. (Class A Misdemeanor.)

Attached to this information is the Fish and Wildlife Report as probable cause.

TOM BEALL
Acting United States Attorney

JAY KYLER
Special Assistant United States Attorney

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed ______________________

______________________
U.S. Magistrate Judge